IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-433-FDW-DCK

| Arthur Adams, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| | ) **JOINT STIPULATION OF DISMISSAL** |
| The Guardian Life Insurance Company of America, | ) |
| Defendant. | ) |

COME NOW, Defendant The Guardian Life Insurance Company of America, by and through its attorneys of record, with permission and consent of Plaintiff Arthur Adams, by and through his attorney of record, and hereby dismiss the complaint filed in the above action pursuant to F.R.C.P. Rule 41(a) with prejudice.

This the 22nd day of April, 2022.

 /s/ John R. Peace
John R. Peace
Peace Law Firm
P.O. Box 8087
Greenville, SC 29604-8087
Telephone: (864) 298-0500
Facsimile: (864) 271-3130
Email: John@PeaceLawFirm.com

*Attorney for Plaintiff*

/s/ Gemma L. Saluta
Gemma L. Saluta
NC State Bar No. 37032
Womble Bond Dickinson (US) LLP
One W. 4th Street
Winston-Salem, NC 27101
Telphone: (336) 721-3600
Facsimile: (336) 721-3660
Email: Gemma.Saluta@wbd.us.com

*Counsel for Defendant Metropolitan Life Insurance Company*